## Paul F. Beech Company, Appellant, v. Leslie Forbes, Sheriff, Appellee.

### (Not to be reported in full.)

Appeal from the Circuit Court of De Witt county; the Hon. GEORGE A. SENTEL, Judge, presiding. Heard in this court at the April term, 1917. Affirmed. Opinion filed October 11, 1917. Rehearing denied December 1, 1917.

### Statement of the Case.

Replevin by Paul F. Beech Company, plaintiff, against Leslie Forbes, sheriff, defendant, to recover possession of a piano held under levy of an execution. From a judgment for defendant, plaintiff appeals.

E. B. MITCHELL and STERLING, LIVINGSTON & WHITMORE, for appellant.

L. R. HERRICK and W. F. GRAY, for appellee.

MR. PRESIDING JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

REPLEVIN, § 124*—*when evidence shows recovery by seller of goods sold under conditional contract before levy of execution.* In an action of replevin to recover possession of goods sold under conditional contract in the hands of a sheriff, evidence as to whether plaintiff had regained possession of the goods before the levy of an execution by defendant, *held* sufficient to support a finding in favor of defendant.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.